U. S. DISTRICT COURT
Eastern District of Louisiana

FILED JUL 1 9 2004

LORETTA G. WHYTE
Clerk

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CHOICE, INC. OF TEXAS d/b/a CAUSEWAY MEDICAL CLINIC, *et al.* | CASE DOCKET NO.: 04-1581 |
| Plaintiffs, | DIVISION: |
| v. | SECTION: K Mag. 4 |
| WILLIAM A. GRAHAM, | JUDGE: Stanwood R. Duval Jr. |
| Defendant, | |

### DEFENDANT'S ANSWER TO COMPLAINT

1. Without Knowledge or Information Sufficient To Form A Belief.

2. Denied.

3. Without Knowledge or Information Sufficient To Form A Belief.

4. Without Knowledge or Information Sufficient To Form A Belief.

5. Without Knowledge or Information Sufficient To Form A Belief.

6. Without Knowledge or Information Sufficient To Form A Belief.

7. Without Knowledge or Information Sufficient To Form A Belief.

8. Denied.

9. Denied.

10. Denied.

11. Denied.

12. Denied.

13. Without Knowledge or Information Sufficient To Form A Belief.

14. Denied.



___Fee___
___Process___
_X_ Dktd
_X_ CtRmDep
___Doc. No.___

15. Denied.

16. Without Knowledge or Information Sufficient To Form A Belief.

17.
   A) Without Knowledge or Information Sufficient To Form A Belief.

   B) Without Knowledge or Information Sufficient To Form A Belief.

   C) Without Knowledge or Information Sufficient To Form A Belief.

   D) Without Knowledge or Information Sufficient To Form A Belief.

18. Without Knowledge or Information Sufficient To Form A Belief.

19. Without Knowledge or Information Sufficient To Form A Belief.

20. Without Knowledge or Information Sufficient To Form A Belief.

21. Without Knowledge or Information Sufficient To Form A Belief.

22. Without Knowledge or Information Sufficient To Form A Belief.

23. Without Knowledge or Information Sufficient To Form A Belief.

24. Without Knowledge or Information Sufficient To Form A Belief.

25. Without Knowledge or Information Sufficient To Form A Belief.

26. Without Knowledge or Information Sufficient To Form A Belief.

27. Without Knowledge or Information Sufficient To Form A Belief.

28. Without Knowledge or Information Sufficient To Form A Belief.

29. Without Knowledge or Information Sufficient To Form A Belief.

30. Without Knowledge or Information Sufficient To Form A Belief.

31. Without Knowledge or Information Sufficient To Form A Belief.

32. Without Knowledge or Information Sufficient To Form A Belief.

33. Without Knowledge or Information Sufficient To Form A Belief.

34. Without Knowledge or Information Sufficient To Form A Belief.

35. Without Knowledge or Information Sufficient To Form A Belief.

36. Denied.

37. Without Knowledge or Information Sufficient To Form A Belief.

38. Without Knowledge or Information Sufficient To Form A Belief.

39. Without Knowledge or Information Sufficient To Form A Belief.

40. Without Knowledge or Information Sufficient To Form A Belief.

41. Without Knowledge or Information Sufficient To Form A Belief.

42. Without Knowledge or Information Sufficient To Form A Belief.

43. Denied.

44. Without Knowledge or Information Sufficient To Form A Belief.

45. Without Knowledge or Information Sufficient To Form A Belief.

46. Without Knowledge or Information Sufficient To Form A Belief.

47. Without Knowledge or Information Sufficient To Form A Belief.

48. Without Knowledge or Information Sufficient To Form A Belief.

49. Denied.

50. Without Knowledge or Information Sufficient To Form A Belief.

51. Denied.

52. Without Knowledge or Information Sufficient To Form A Belief.

53. Denied.

54. Denied.

55. Denied.

56. Denied.

57. Denied.

58. Without Knowledge or Information Sufficient To Form A Belief.

59. Without Knowledge or Information Sufficient To Form A Belief.

60. Denied.

61. Denied.

62. Denied.

63. Denied.

64. Denied.

65. Denied.

66. Denied.

67. Denied.

68. Denied.

69. Denied.

70. Without Knowledge or Information Sufficient To Form A Belief.

71. Denied.

72. Denied.

73. Denied.

74. Denied.

75. Denied.

76. Without Knowledge or Information Sufficient To Form A Belief.

77. Without Knowledge or Information Sufficient To Form A Belief.

78. Without Knowledge or Information Sufficient To Form A Belief.

79. Without Knowledge or Information Sufficient To Form A Belief.

80. Without Knowledge or Information Sufficient To Form A Belief.

81. Without Knowledge or Information Sufficient To Form A Belief.

82. Without Knowledge or Information Sufficient To Form A Belief.

83. Without Knowledge or Information Sufficient To Form A Belief.

84. Without Knowledge or Information Sufficient To Form A Belief.

85. Denied.

86. Without Knowledge or Information Sufficient To Form A Belief.

87. Without Knowledge or Information Sufficient To Form A Belief.

88. Denied.

89. Without Knowledge or Information Sufficient To Form A Belief.

90. Without Knowledge or Information Sufficient To Form A Belief.

91. Without Knowledge or Information Sufficient To Form A Belief.

92. Without Knowledge or Information Sufficient To Form A Belief.

93. Without Knowledge or Information Sufficient To Form A Belief.

94. Without Knowledge or Information Sufficient To Form A Belief.

95. Without Knowledge or Information Sufficient To Form A Belief.

96. Without Knowledge or Information Sufficient To Form A Belief.

97. Without Knowledge or Information Sufficient To Form A Belief.

98. Without Knowledge or Information Sufficient To Form A Belief.

99. Denied.

100. Denied.

101. Denied.

102. Denied.

103. Without Knowledge or Information Sufficient To Form A Belief.

104. Without Knowledge or Information Sufficient To Form A Belief.

105. Without Knowledge or Information Sufficient To Form A Belief.

106. Denied.

107. Denied.

108. Denied.

109. Without Knowledge or Information Sufficient To Form A Belief.

110. Denied.

111. Without Knowledge or Information Sufficient To Form A Belief.

112. Without Knowledge or Information Sufficient To Form A Belief.

113. Without Knowledge or Information Sufficient To Form A Belief.

114. Denied.

115. Denied.

116. Without Knowledge or Information Sufficient To Form A Belief.

117. Without Knowledge or Information Sufficient To Form A Belief.

118. Without Knowledge or Information Sufficient To Form A Belief.

119. Denied.

120. Denied.

121. Denied.

122. Denied.

123. Denied.

124. Denied.

125. Without Knowledge or Information Sufficient To Form A Belief.

126. Denied.

127. Denied.

128. Denied.

129. Denied.

130. Denied.

131. Without Knowledge or Information Sufficient To Form A Belief.

132. Denied.

133. Denied.

134. Denied.

135. Denied.

136. Denied.

137. Denied.

138. Without Knowledge or Information Sufficient To Form A Belief.

139. Denied.

140. Denied.

141. Denied.

142. Denied.

143. Denied.

144. Denied.

145. Denied.

146. Denied.

147. Denied.

148. Without Knowledge or Information Sufficient To Form A Belief.

149. Denied.

150. Denied.

151. Denied.

152. Denied.

153. Denied.

154. Denied.

155. Denied.

156. Without Knowledge or Information Sufficient To Form A Belief.

157. Denied.

158. Denied.

159. Denied.

160. Denied.

161. Denied.

162. Without Knowledge or Information Sufficient To Form A Belief.

163. Denied.

164. Denied.

165. Denied.

166. Denied.

167. Denied.

168. Without Knowledge or Information Sufficient To Form A Belief.

169. Denied.

170. Denied.

171. Denied.

172. Denied.

Respectfully Submitted

*[signature]*

WILLIAM A. GRAHAM Pro Se
5216 Meadowdale Street
Metairie, Louisiana 70006
834-5483

Certificate of Service
I hereby certify that I have served a copy of this document on all counsel of record either in person or by mailing it postage prepaid on this 17th day of July, 2004.

*[signature]*