**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

Eastern District of Louisiana

FILED MAY 3 2005

LORETTA G. WHYTE
Clerk

| | |
|---|---|
| CHOICE, INC. OF TEXAS d/b/a CAUSEWAY MEDICAL CLINIC, | CASE DOCKET NO.: 04-1581 |
| Plaintiffs, | DIVISION: |
| v. | SECTION: K Mag. |
| WILLIAM A. GRAHAM, | JUDGE: Stanwood R. Duval, Jr. |
| Defendant, | |

<u>MOTION TO EXTEND AND AMEND SCHEDULE</u>

Defense requests six months extension for discovery and that schedule be amended accordingly. It is simply not possible to prepare in the time allowed as Plaintiff's witness list alone is over thirty.

Defendant has also not received for review the April 26, 2005 deposition of Defendant as promised by Plaintiff.

Respectfully Submitted,

WILLIAM A. GRAHAM Pro Se
5216 Meadowdale Street
Metairie, Louisiana 70006
(504) 455-0360

Order

*file unsigned. See Minute Entry of May 24, 2005*

JUDGE

I hereby certify that I have served a copy of the document on all consel of record either in person or by mailing in postage prepaid on this _____ July _____ day of _____ ,200__

___ Fee _____
___ Process _____
_X_ Dktd _____
_X_ CtRmDep _____
___ Doc. No. _____