UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAR 27  PM 3: 16

LORETTA G. WHYTE
CLERK

---------------------------------------------------------------- x
CHOICE, INC. OF TEXAS d/b/a CAUSEWAY : Index No. 04-1581
MEDICAL CLINIC, *et al.*, :
: Section "K"
Plaintiffs, :
v. : Hon. Stanwood R. Duval, Jr.
:
WILLIAM A. GRAHAM, :
Defendant. :
:
---------------------------------------------------------------- x

### FINAL JUDGMENT AND ORDER OF DISMISSAL WITH PREJUDICE

This matter came before the Court for hearing pursuant to an Order of this Court, March 22, 2006, on the application of the Settling Parties for approval of the settlement set forth in the Stipulation of Settlement dated as of January 13, 2006 (the "Stipulation"). Due and adequate notice having been given of the settlement as required in said Order, and the Court having considered all papers filed and proceedings held herein and otherwise being fully informed in the premises and good cause appearing therefore, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. This Court has jurisdiction over the subject matter of the Litigation and over all parties to the Litigation, including all Members of the Class.

2. The matter is dismissed with prejudice as to the Plaintiffs, and as against the Defendant. The parties are to bear their own attorneys' fees and costs.

3. Pursuant to Rule 23 of the Federal Rules of Civil Procedure, this Court hereby approves the settlement set forth in the Stipulation and finds that said settlement is, in all respects, fair, reasonable and adequate to, and is in the best interests of, the Plaintiffs and the

ny-636701                                  1


Fee_____
Process_____
X Dktd_____
CtRmDep_____
Doc. No_____

Class Members. This Court further finds the settlement set forth in the Stipulation is the result of arm's-length negotiations between experienced counsel representing the interests of the Plaintiffs, the Class Members, and the Defendant. Accordingly, the settlement embodied in the Stipulation is hereby approved in all respects and shall be consummated in accordance with its terms and provisions. The Settling Parties are hereby directed to perform the terms of the Stipulation.

4. Upon the Effective Date, the Plaintiffs shall be deemed to have, and by operation of the Judgment shall have, fully, finally, and forever released, relinquished, and discharged all claims against the Defendant.

5. Upon the Effective Date, the Defendant shall be deemed to have, and by operation of this Judgment shall have, fully, finally, and forever released, relinquished, and discharged each and all claims, arising out of, relating to, or in connection with the institution, prosecution, assertion, settlement or resolution of the Litigation.

6. The publication of the Notice of Pendency and Proposed Settlement of Class Action constituted the best notice practicable under the circumstances, including individual notice to all Members of the Class who could be identified through reasonable effort. Said notice provided the best notice practicable under the circumstances of those proceedings and of the matters set forth therein, including the proposed settlement set forth in the Stipulation, to all Persons entitled to such notice, and said notice fully satisfied the requirements of Federal Rule of Civil Procedure 23, the requirements of due process, and any other applicable law.

7. Without affecting the finality of this Judgment in any way, this Court hereby retains continuing jurisdiction over implementation of this settlement and all parties hereto for the purpose of construing, enforcing, and administering the Stipulation.

8. The Defendant has consented to issue the following statement of apology: "I am William Graham, the defendant in <u>Choice, Inc. of Texas, et al v. Graham</u>, No. 04-1581. I wish to extend my apology to any person, be it a plaintiff in this action, or any other woman, whom I have harmed by my actions. I accepted telephone calls from women who believed that I would schedule an appointment for an abortion. I never scheduled any abortions and did not intend to do so."

9. The Defendant is permanently enjoined from using the name "Causeway Center for Women" or any other name that is confusingly similar to Plaintiff Causeway's valid CAUSEWAY or CAUSEWAY MEDICAL CLINIC trademarks, including, but not limited to by initiating or renewing yellow pages or other directory assistance listings.

10. The Defendant is permanently enjoined from holding himself out as a provider of medical referral services, referrals for abortions, referrals for reproductive health services, or financial assistance for any of the aforementioned services, be it orally, in advertising, in any form of telephone directory, or otherwise.

11. The Defendant is permanently enjoined from advertising or listing under any name, be it in the yellow pages, online directories, or otherwise, under the headings 'Abortion,' 'Abortion Services,' 'Abortion Providers," 'Abortion Referrals,' or similar heading language.

12. The Defendant is permanently enjoined from connecting or re-connecting any telephone service for any telephone number which was previously attributable to Causeway Center for Women

13. The Defendant is permanently enjoined from making statements about Plaintiff Causeway that he knows to be false or with a reckless disregard of their truth or falsity.

New Orleans, Louisiana, this 22nd day of March, 2006.

SO ORDERED:

_____
Honorable Stanwood R. Duval, Jr.
United States District Court
Eastern District of Louisiana

Submitted by:

JOHN WELLS, ESQ.

By: _____
John Wells, Esq. (Bar Roll #23970)
317 Portsmouth Drive
Slidell, Louisiana 70460-8429
Telephone: (985) 641-1855
Facsimile: (985) 649-1536

Attorney for Defendant

RITTENBERG & SAMUEL, L.L.C.

By: _____
William Rittenberg, Esq. (Bar Roll #11287)
715 Girod Street
New Orleans, LA 70130
Telephone: (504) 524-5555
Facsimile: (504) 524-0912

CENTER FOR REPRODUCTIVE RIGHTS
Sanford Cohen, Esq. (*pro hac vice* pending)
120 Wall Street
New York, New York 10005
Telephone: (917) 637-3600
Facsimile: (917) 637-3666

MORRISON & FOERSTER LLP
Jamie Levitt, Esq.
J. Alexander Lawrence, Esq.
Sarah Rosell, Esq.
Karen Thompson, Esq.
1290 Avenue of the Americas
New York, New York 10104-0050
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

Attorneys for Plaintiffs